UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOREY A. KING,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAN BERNARDINO POLICE OFFICERS, et al.,<br><br>　　　　　Defendants. | NO. ED CV 16-2249-AG(E)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Complaint, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which any objections have been made. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that: (1) the Report and Recommendation of the Magistrate Judge is approved and adopted; (2) the action is subject to the automatic stay set forth in 11 U.S.C. section 922(a); (3) the action is also stayed pursuant to the Court's inherent authority;

(4) the action shall remain stayed until the Effective Date of the Plan; and (5) after the Effective Date of the Plan, the Plan shall govern further proceedings concerning Plaintiff's claims.

IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of this Order and the Magistrate Judge's Report and Recommendation on Plaintiff and counsel for Defendants.

DATED: JUNE 26, 2017.

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE